# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAFAEL ALGARÍN DE JESUS
v.
UNITED STATES OF AMERICA

CIVIL NO. 01-1690 (HL)
CRIMINAL 98-0195 (HL)

## JUDGMENT

Pursuant to the Order issued today, this case is hereby **dismissed with prejudice**.

Date 11/3/03

HECTOR M. LAFFITTE
Chief U.S. District Judge


